The Hon. James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BRIDGETTE SMALLBECK,<br><br>                                        Plaintiff,<br><br>          v.<br><br>TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and I.Q. DATA INTERNATIONAL, INC.,<br><br>                                        Defendants. | Case No. 2:25-cv-02279-JLR<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT AND [PROPOSED] ORDER**<br><br>**Note on Motion Calendar: January 20, 2026** |

**STIPULATED MOTION**

Defendant Equifax Information Services LLC ("Equifax"), by their attorneys and pursuant to Local Rules 7 and 10 of the Western District of Washington, moves for an extension of time in which to answer or otherwise respond to the Complaint in this matter. It is stipulated and agreed to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 20, 2026 through and including February 19, 2026.  In support of its Motion, Defendant states:

1.      On November 18, 2025, Plaintiff Bridgette Smallbeck served the filed Complaint from the Western District of Washington, on Defendant Equifax.

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S STIPULATED MOTION FOR EXTENSION TO ANSWER PLAINTIFF'S COMPLAINT - 1**
**Case No. 2:25-cv-02279-JLR**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR  97201
(503) 295-3085

2. Pursuant to Rules 12 and 8 Federal Rule of Civil Procedure, Equifax must file its responsive pleading by January 20, 2026.

3. On January 16, 2026, counsel for Equifax conferred with Plaintiff's counsel to confirm that Plaintiff had no objection to extending Equifax's deadline to answer or respond to Plaintiff's Complaint by 30 days. Plaintiff's counsel confirmed that Plaintiff consents to Equifax's requested extension.

4. Thus, to allow Equifax additional time to investigate Plaintiff's allegations and to engage in informal settlement discussions with Plaintiff's counsel, Equifax respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint through and including February 19, 2026.

5. This motion is filed before Equifax's response to Plaintiff's Complaint is due. Equifax's request is not sought for the purpose of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of this action. See Fed. R. Civ. P. 1.

6. This motion is filed in good faith and is supported by good cause.

WHEREFORE, Equifax respectfully requests the Court to issue an Order extending the time for Equifax to answer or otherwise respond to Plaintiff's Complaint through and including February 19, 2026.

I certify that this memorandum contains 547 words, in compliance with Local Civil Rule 7(e)(1).

DATED: January 20, 2026.          MARKOWITZ HERBOLD PC


*/s/ Stanton R. Gallegos*

---

Stanton R. Gallegos, WSBA #53430
StantonGallegos@MarkowitzHerbold.com
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Attorneys for Defendant Equifax Information Services, LLC*

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S STIPULATED MOTION FOR EXTENSION TO ANSWER PLAINTIFF'S COMPLAINT - 2**
**Case No. 2:25-cv-02279-JLR**

CONSUMER ATTORNEYS PLC (NY)

*/s/ Yaakov Saks*

Yaakov Saks
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
P: 201-282-6500
steinsakslegal.com

*Attorney for Plaintiff*


BRUBAKER LAW GROUP PLLC

*/s/ Michael Clark Brubaker*

Michael Clark Brubaker
BRUBAKER LAW GROUP PLLC
14506 NE 184TH PL
WOODINVILLE, WA 98072
P: 206-335-8746
Email: michael@brubakerlawgroup.com

*Attorney for Plaintiff*

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S
STIPULATED MOTION FOR EXTENSION TO ANSWER PLAINTIFF'S
COMPLAINT - 3**
**Case No. 2:25-cv-02279-JLR**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR  97201
(503) 295-3085

**ORDER**

Based upon the foregoing Stipulated Motion for Extension of Time to Answer or Otherwise Plead, the Court hereby ORDERS AND ADJUDGES as follows:

1.    The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2.    Defendant Equifax Information Services, LLC shall answer or otherwise respond to the Complaint by February 19, 2026.


DATED:  _January 21, 2026_____

_____
U.S. District Court Judge James L. Robart

Presented by:


 _s/ Stanton R. Gallegos_____
Stanton R. Gallegos, WSBA #53430
StantonGallegos@MarkowitzHerbold.com

_Attorney for Defendant Equifax_
 _Information Services, LLC_

2406137.1

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S STIPULATED MOTION FOR EXTENSION TO ANSWER PLAINTIFF'S COMPLAINT - 4**
**Case No. 2:25-cv-02279-JLR**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR  97201
(503) 295-3085